DEBRA WONG YANG
United States Attorney
By: LAMAR BAKER
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DANIEL,<br>Reg. # 21357-112<br><br>　　　　　　Defendant | 05-1863M<br><br>ORDER FOR DISMISSAL<br>OF<br>MAGISTRATE'S COMPLAINT |
|---|---|

FILED
CLERK US DISTRICT COURT
FEB -9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

　　A Magistrate's Complaint having been filed before the United States Magistrate James W. McMahon, in Los Angeles, California, against the above entitled defendant, charging violation of Title 18, United States Code, Section 751, and the United States Attorney having moved for a dismissal of the complaint,

　　IT IS HEREBY ORDERED that said Complaint be dismissed without prejudice, and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: February 9, 2006

_Margaret A. Nagle_
UNITED STATES MAGISTRATE JUDGE

Presented by:

_/s/ Lamar Baker_
LAMAR BAKER
Assistant United States Attorney

Complaint Filed: August 30, 2005

ENTER ON ICMS
FEB 10 2006

Is the person in custody?:

YES ☒
NO ☐